FILED: January 29, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-4557
(7:12-cr-00047-D-1)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

AARON MONROE

      Defendant - Appellant

_____

O R D E R
_____

Appellant's third motion for extension of time to file the opening brief and joint appendix is denied.

Counsel is directed to file the opening brief, joint appendix, and a motion for leave to file on or before February 12, 2016. Failure to comply will lead to issuance of a notice to show cause why the noncompliance should not be referred for disciplinary action.

Subsequent deadlines under the court's briefing schedule will run from filing

of the opening brief and joint appendix.

                                                                                For the Court--By Direction

                                                                        <u>/s/ Patricia S. Connor, Clerk</u>